IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

ALEXANDRIA ANDERSON,

    Plaintiff,

vs.                                            Docket No.: 2:12-cv-02673
                                                  Jury Demanded

**REGIONS FINANCIAL GROUP,**

    **Defendant.**

---

## NOTICE OF SETTLEMENT

---

COME now the parties, Plaintiff, Alexandria Anderson, and Defendant, Regions Financial Group, by and through counsel, and give notice to the Court that the above-styled matter, including all claims and counter-claims, has been resolved by way of mutual compromise. Counsel are in the process of finalizing that settlement and upon completion, an Agreed Order of Dismissal with Prejudice will be submitted.

Approved for Entry:

GILBERT RUSSELL McWHERTER, PLC

/s/Jessica F. Salonus
Justin S. Gilbert (TN Bar No. 017079)
Jonathan L. Bobbitt (TN Bar No. 23515)
Jessica F. Salonus (TN Bar No. 28158)
101 N. Highland Ave.
Jackson, Tennessee 38301
jgilbert@gilbertfirm.com
jbobbitt@gilbertfirm.com
jsalonus@gilbertfirm.com

/s/Elizabeth S. Rudnick_____
Paul E. Prather (#10089)
Elizabeth S. Rudnick (#26750)
LITTLER MENDELSON, P.C.
3725 Champion Hills Drive, Suite 3000
Memphis, Tennessee 38125
Telephone: 901-795-6695
Facsimile: 901-795-1646
pprather@littler.com
erudnick@littler.com

## CERTIFICATE OF SERVICE

I, the undersigned, do hereby certify that a true and exact copy of the foregoing has been mailed electronically via the Court's electronic filing system, to all counsel of record on this the 13th day of September, 2013:

/s/ Elizabeth S. Rudnick